UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
ANGELA VIVACQUA                       §        Case No. 16-40348
                                      §
        Debtor                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00AM on April 13, 2018 in Courtroom ,

        Joliet City Hall
        150 West Jefferson Street, 2nd Floor
        Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  3/8/2018            By: /s/ Peter N. Metrou
                                              Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-40348 |
| | ) | CHAPTER 7 |
| ANGELA VIVACQUA | ) | |
| | ) | |
| Debtor(s). | ) | JUDGE PAMELA HOLLIS |
| | ) | (Joliet) |

## NOTICE OF MOTION

To:    See Attached Service List

### TRUSTEE'S CERTIFICATE OF SERVICE FOR NOTICE OF TRUSTEE'S FINAL REPORT

### PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 8th day of March, 2018, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

*/s/ Peter N. Metrou*
**Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

1

**Sent Via First-Class Mail**

Accelerated Rehab Centers
2396 Momentum Pl.
Chicago, IL 60689-5325

Ally Financial
Po Box 380901
Bloomington, MN 55438-0901

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
Correspondence
Po Box 981540
El Paso, TX 79998-1540

Angela Vivacqua
20401 S. Grand Prairie Avenue
Frankfort, IL 60423-8788

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

BANK OF AMERICA, N.A.
c/o Marinosci Law Group
134 N LaSalle St
Suite 1900
Chicago, IL 60602-1141

Bank of America, N.A.
c/o Marinosci Law Group, P.C.
134 N. LaSalle St., Suite 1900
Chicago, IL 60602-1141

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

CenturyLink
P.O. Box 91155
Seattle, WA 98111-9255

Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850-5298

Check Systems, Inc.
Attn: Customer Relations
7805 Hudson Road, Ste 100
Woodbury, MN 55125-1703

Dept of Ed/Nelnet
Claims
Po Box 82505
Lincoln, NE 68501-2505

Dignity Health
222 W. Thomas Road
Suite 213
Phoenix, AZ 85013-4421

East Valley Diabetes
4100 S. Lindsay Road
Suite 130
Gilbert, AZ 85297-1508

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374-0256

Experian
P.O. Box 9701
Allen, TX 75013-9701

Freedom Mortgage Corp
10500 Kincaid Dr
Fishers, IN 46037-9764

Great Lakes Finance
c/o Margo Babineaux
10115 Raven Wood Drive B
Saint John, IN 46373-9042

Hub Realty LLC
575 W. Chandler Blvd.
Suite 120
Chandler, AZ 85225-7532

Loyola University Medical Center
P.O. Box 3
Milwaukee, WI 53201-0003

Mark K. Scaman Jr.
20401 S. Grand Prairie Lane
Frankfort, IL 60423-8788

Mark K. Scaman Jr.
6401 181st Street
Tinley Park, IL 60477-4254

Ocwen Loan Servicing Llc
Attn: Research Dept
1661 Worthintong Rd Ste 100
West Palm Beach, FL 33409-6493

Ocwen Loan Servicing
PO Box 740616
Atlanta, GA 30374-0616

United Recovery Service, L.L.C.
18525 Torrence Ave.
Suite C-6
Lansing, IL 60438-2891

TJX Rewards/SYNC
P.O. Box 530948
Atlanta, GA 30353-0948

Prosper Marketplace Inc
Po Box 396081
San Francisco, CA 94139-6081

Prosper Marketplace Inc.
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Rush University Medical Center
Office of Legal Affairs
1700 W. Van Buren St.
Suite 301
Chicago, IL 60612-3228

Rush University
Dept of Financial Affairs
Suite 282
Chicago IL 60612

SRP
P.O. Box 52025
Phoenix, AZ 85072-2025

Valley Women for Women
3815 S. Val Vista Drive
Suite 101
Gilbert, AZ 85297-7309

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19016-2000

**Sent Via ECF**

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Thomas Toolis
9031 West 151St Street
Suite 203
Orland Park, IL 60462

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
ANGELA VIVACQUA § Case No. 16-40348
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 15,985.81 |
| and approved disbursements of | $ 26.88 |
| leaving a balance on hand of[1] | $ 15,958.93 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 2,348.58 | $ 0.00 | $ 2,348.58 |
| Trustee Expenses: Peter N. Metrou | $ 39.24 | $ 0.00 | $ 39.24 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,387.82 |
| Remaining Balance | $ 13,571.11 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,146.94  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  33.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | US DEPARTMENT OF EDUCATION C/O NELNET | $ 28,684.96 | $ 0.00 | $ 9,460.89 |
| 2 | RUSH UNIVERSITY MEDICAL CENTER | $ 3,961.60 | $ 0.00 | $ 1,306.62 |
| 3 | AMERICAN EXPRESS CENTURION BANK | $ 1,084.69 | $ 0.00 | $ 357.75 |
| 4 | PROSPER MARKETPLACE INC. | $ 7,415.69 | $ 0.00 | $ 2,445.85 |
| | Total to be paid to timely general unsecured creditors | | | $ 13,571.11 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.