# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ANGELA VIVACQUA | § | Case No. 16-40348 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 295,267.00                     Assets Exempt: 158,673.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 13,571.11      Claims Discharged
                                                 Without Payment: 469,986.83

Total Expenses of Administration: 2,414.70

---

3) Total gross receipts of $ 15,985.81  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 15,985.81  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 442,411.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,414.70 | 2,414.70 | 2,414.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 22,429.00 | 41,146.94 | 41,146.94 | 13,571.11 |
| **TOTAL DISBURSEMENTS** | $ 464,840.00 | $ 43,561.64 | $ 43,561.64 | $ 15,985.81 |

4)  This case was originally filed under chapter 7 on  12/27/2016 .  The case was pending for 18 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/22/2018                         By:/s/Peter N. Metrou, Trustee
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/4 Interest in the Estate of Constintino Vivacqua | 1129-000 | 15,985.81 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,985.81** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial, Po Box 380901 Bloomington, MN 55438 | | 11,702.00 | NA | NA | 0.00 |
| | Bank Of America, Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 26,720.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Freedom Mortgage Corp, 10500 Kincaid Dr Fishers, IN 46037 | | 261,395.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing Llc, Attn: Research Dept 1661 Worthintong Rd Ste 100 West Palm Beach, FL 33409 | | 112,594.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing, PO Box 740616 Atlanta, GA 30374-0616 | | 30,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 442,411.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 2,348.58 | 2,348.58 | 2,348.58 |
| Peter N. Metrou | 2200-000 | NA | 39.24 | 39.24 | 39.24 |
| Associated Bank | 2600-000 | NA | 26.88 | 26.88 | 26.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 2,414.70 | $ 2,414.70 | $ 2,414.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 1,046.00 | 1,084.69 | 1,084.69 | 357.75 |
| 4 | PROSPER MARKETPLACE INC. | 7100-000 | 7,161.00 | 7,415.69 | 7,415.69 | 2,445.85 |
| 2 | RUSH UNIVERSITY MEDICAL CENTER | 7100-000 | 0.00 | 3,961.60 | 3,961.60 | 1,306.62 |
| 1 | US DEPARTMENT OF EDUCATION C/O NELNET | 7100-000 | 14,222.00 | 28,684.96 | 28,684.96 | 9,460.89 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 22,429.00 | $ 41,146.94 | $ 41,146.94 | $ 13,571.11 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-40348 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | ANGELA VIVACQUA | | | | Date Filed (f) or Converted (c): | 12/27/2016 (f) |
| | | | | | 341(a) Meeting Date: | 01/25/2017 |
| For Period Ending: | 06/27/2018 | | | | Claims Bar Date: | 08/28/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 20401 S. Grand Prairie Lane, Frankfort, IL | 233,000.00 | 0.00 | | 0.00 | FA |
| 2. 18606 W. Point Drive, Frankfort, IL 60423 | 158,000.00 | 15,406.00 | | 0.00 | FA |
| 3. 2016 Jeep Patriot | 19,000.00 | 19,000.00 | OA | 0.00 | FA |
| 4. 2013 Dodge Challenger | 14,000.00 | 19,600.00 | | 0.00 | FA |
| 5. Miscellaneous household | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 6. Miscellaneous Electronics | 175.00 | 175.00 | | 0.00 | FA |
| 7. Everyday apparel | 600.00 | 600.00 | | 0.00 | FA |
| 8. Miscellaneous Jewelry | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 9. checking Chase 7728 | 200.00 | 200.00 | | 0.00 | FA |
| 10. checking Bank of America | 165.00 | 165.00 | | 0.00 | FA |
| 11. 401(k) Advocate | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 12. Utility Company | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 13. Anticipated 2062 Tax Refund | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 14. Dachshund, Shitzu, Lhasa Apso, Pekinese and 2 Terriers (u) | 300.00 | 300.00 | | 0.00 | FA |
| 15. 1/4 Interest in the Estate of Constintino Vivacqua | 7,833.00 | 7,833.00 | | 15,985.81 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $461,773.00     $91,779.00     $15,985.81     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation of real estate values and probate estate 1-25-2016. Status updates on 5/26/17 and 7/5/17, probate case is ongoing. On 9-25-2017--received status and email from attorney for the estate. 11/8/2017 partial distribution by probate estate to Debtor's bankruptcy estate. 12/21/2017 final distribution by probate estate.

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Initial Projected Date of Final Report (TFR): 06/01/2018     Current Projected Date of Final Report (TFR):

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-40348
Case Name: ANGELA VIVACQUA
Taxpayer ID No: XX-XXX8143
For Period Ending: 06/27/2018

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6015
Checking
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/08/17 | 15 | The Deratany Firm<br>221 N. LaSalle St., Ste 2200<br>Chicago, IL 60601 | Distribution from Probate Estate<br>Partial Distribution from Probate Estate-wrongful Death action | 1129-000 | $9,011.74 | | $9,011.74 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,001.74 |
| 12/21/17 | 15 | Anthony F. Vivacqua<br>12832 Terrace Lane<br>Crestwood, IL 60445 | Distribution from Probate Estate | 1129-000 | $6,638.52 | | $15,640.26 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.88 | $15,623.38 |
| 02/06/18 | 15 | Anthony F. Vivacqua<br>12832 Terrace Lane<br>Crestwood, IL 60445 | Inheritance<br>Final Disbursement | 1129-000 | $335.55 | | $15,958.93 |
| 04/16/18 | 1001 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Final distribution representing a payment of 100.00 % per court order. | | | $2,387.82 | $13,571.11 |
| | | Metrou, Peter N. | Final distribution representing a payment of 100.00 % per court order. ($2,348.58) | 2100-000 | | | |
| | | Metrou, Peter N. | Final distribution representing a payment of 100.00 % per court order. ($39.24) | 2200-000 | | | |
| 04/16/18 | 1002 | US DEPARTMENT OF EDUCATION C/O NELNET<br>121 SOUTH 13TH STREET, SUITE 201<br>LINCOLN, NE 68508 | Final distribution to claim 1 representing a payment of 32.98 % per court order. | 7100-000 | | $9,460.89 | $4,110.22 |
| 04/16/18 | 1003 | RUSH UNIVERSITY MEDICAL CENTER OFFICE OF LEGAL AFFAIRS<br>1700 W. VAN BUREN ST.<br>SUITE 301<br>CHICAGO, IL 60612 | Final distribution to claim 2 representing a payment of 32.98 % per court order. | 7100-000 | | $1,306.62 | $2,803.60 |

Page Subtotals: $15,985.81  $13,182.21

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-40348 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ANGELA VIVACQUA | Bank Name: | Associated Bank |
|  |  | Account Number/CD#: | XXXXXX6015 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX8143 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/27/2018 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/16/18 | 1004 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 3 representing a payment of 32.98 % per court order. | 7100-000 |  | $357.75 | $2,445.85 |
| 04/16/18 | 1005 | PROSPER MARKETPLACE INC.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Final distribution to claim 4 representing a payment of 32.98 % per court order. | 7100-000 |  | $2,445.85 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $15,985.81 | $15,985.81 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,985.81 | $15,985.81 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,985.81 | $15,985.81 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page Subtotals:   $0.00   $2,803.60

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6015 - Checking | $15,985.81 | $15,985.81 | $0.00 |
|  | $15,985.81 | $15,985.81 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $15,985.81 |
| Total Gross Receipts: | $15,985.81 |